UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LeBLANC,<br><br>    Plaintiff,<br><br>    v.<br><br>SIGEL, et al.,<br><br>    Defendants. | No. 2:17-cv-0180-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] On April 28, 2017, the court denied plaintiff's application to proceed in forma pauperis because he is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 5. Plaintiff was given 21 days within which to pay the $400 filing fee for this action. *Id.* Plaintiff was warned that failure to pay the filing fee within 21 days would result in dismissal. *Id.* Plaintiff has not paid the filing fee or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: June 1, 2017.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).